IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT WARDRICK,               * | |
|     Petitioner | |
|     v.            * | CIVIL ACTION NO. AMD-07-400 |
| UNITED STATES GOVERNMENT,               * | |
|     Respondent | |

***

MEMORANDUM

On September 17, 2002, judgment was entered in this court sentencing Robert Wardrick to concurrent 300 and 120 month terms in the Federal Bureau of Prisons for firearms violations under 18 U.S.C. § 922(g)(1) and 26 § 5861(d). *See United States v. Wardrick*, Criminal No. MJG-01-0217 (D. Md.). The convictions were affirmed on appeal. On August 23, 2004, Judge Marvin J. Garbis dismissed Wardrick's 28 U.S.C. § 2255 motion to vacate with prejudice. *See Wardrick v. United States*, Civil Action No. MJG-03-3592 (D. Md.). The appeal from that judgment was dismissed by the United States Court of Appeals for the Fourth Circuit. On June 15, 2005, Wardrick's second § 2255 motion was dismissed without prejudice as successive. *See Wardrick v. United States*, Civil Action No. MJG-05-1551 (D. Md.).

On February 15, 2007, the court received a complaint from Wardrick, who is confined at the United States Penitentiary in Beaumont, Texas. He claims that:

> I am innocence and violated no laws of economical activity, I was deceived by the Government, and Michael T. Citaramanis maliciously prosecuted, assaulted, batteryed, falsely arrested, abuse of process, slander, misrepresentation, deceit, or interference with contract rights that was never signed by myself and never agreed to and I should not have been indicted by the Government.

Wardrick seemingly asks for a hearing and seeks release from U.S. Bureau of Prisons's confinement.

Although filed on a 42 U.S.C. § 1983 complaint form, his complaint is a direct attack on the legality of his 2002 convictions and is properly construed as a § 2255 motion. Wardrick is,

however, precluded from seeking such collateral relief here under 28 U.S.C. § 2255 without permission of the Fourth Circuit. *See* 28 U.S.C. § 2244(b).

    For the aforementioned reasons, this action shall be dismissed without prejudice. An Order follows.

Date: February 28, 2007                          /s/
                                                   Andre M. Davis
                                                   United States District Judge